PEOPLE, Respondent, v ROSALINE McHENRY, Appellant. [617 NYS2d 685] —Motion for leave to appeal as a poor person denied with leave to renew within 30 days. Memorandum: Defendant's response neither is in the form of an affidavit nor addresses in sufficient detail the People's allegations regarding

defendant's assets. Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.